Núm. 8033.—Delgado, apldo. *v.* Roger, etc., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮ Abril 24, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Resultando de la certificación del Secretario de la · Corte de Distrito de San Juan de fecha 19 del actual que para dicha fecha se había radicado en secretaría y sometido a la aprobación de dicha corte la transcripción de evidencia, se deniega la moción para desestimar la apelación y se concede a la parte apelante un término improrrogable de quince días para radicar en la secretaría de este tribunal la transcripción de evidencia y el legajo de sentencia, apercibido de que de no perfeccionarse la apelación para dicha fecha se entenderá desestimado el recurso.

Núm. 8179.—Muñoz apldo. *v.* Mangual, etc., apltes.—C. D. Humacao. ▮▮▮▮▮▮▮▮ Mayo 7, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, dictada sentencia decretando el desahucio en marzo 20, 1940, los demandados apelaron para ante este tribunal sin que prestaran la fianza que la ley exige, motivo por el cual la parte apelada solicitó la desestimación del recurso por moción de abril 20 último notificada a la parte contraria; y

Por cuanto, los apelantes nada han manifestado por escrito ni comparecieron al acto de la vista de la moción celebrada el seis de mayo en curso:

Por tanto, vista la ley, el reglamento y la jurisprudencia aplicables, se declara con lugar la moción y en su consecuencia se desestima el recurso.